United States District Court
Central District of California

United States of America
Plaintiff

v.

Gabriel Gonzalez
Defendant, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
July 13, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ DEPUTY

Original Exhibit Lodged
Case Number
04-CR-1189-CAS

## Motion to include Exhibit

Gabriel Gonzalez asks this Honorable Court to accept this important Exhibit for inclusion in the current matter.

This Exhibit, the 'Mad-Max' video, contains important information necessary to demonstrate the conditions existant at Gonzalez' prison housing unit at FCI Forrest City. This information is necessary to provide the court with some necessary details of the open dormitory setting, coupled with the lack of maintenance and other dangerous states and preconditions which directly affect prisoner exposure and susceptibility to the Coronavirus at the prison. (katv.com/news/local/its-like-mad-max-in-here-inmates-at-arkansas-prison-panic-amid-outbreak; Also, Paige Cushman 'Its like mad max in here' ABC news (April 15, 2020).

Gonzalez prays the court accept this important exhibit for inclusion.

Verification

I have read the foregoing Motion to include Exhibit and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 26th day of June, 2020.

Gabriel Gonzalez
Defendant, Pro Se

## Certificate of Service

I certify under the penalty of perjury that the foregoing Motion to include Exhibit was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 26th day of June, 2020 to 312 N. Spring Street Los Angeles, California 90012. Gonzalez asks this court's clerk to serve all other interested parties by electronic notification and to provide him with a stamped and filed copy of this motion.

Gabriel Gonzalez
Defendant, pro se



"It's Like Mad Max In Here"
(DVD)



katv.com/news/local/its-like-mad-max-in-here-inmates-at-arkansas-prison-panic-amid-outbreak

Submitted by
Gabriel Gonzalez 30515-112
Case #04-CR-1189-CAS

