# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:04-cr-1189-CAS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GABRIEL GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Court is in receipt of defendant's reply brief in support of his motion for compassionate release and home confinement. Dkt. 213. Defendant's reply brief suggests that defendant contracted COVID-19 in May of 2020. Accordingly, the Court orders as follows:

1. The government **SHALL** inquire with the relevant officials at FCI Forrest-City—the BOP facility where defendant is currently incarcerated—regarding the following:

   a. Whether defendant has tested positive for COVID-19, and if so, when;

   b. If defendant has tested positive for COVID-19, whether defendant has manifested any symptoms or suffered any changes in his health;

-2-

        c.     If defendant has tested positive for COVID-19, whether defendant has received any treatment, and

        d.     If defendant has tested positive for COVID-19 and has received treatment, what that treatment consists of.

2.     The government **SHALL** filed a report with its responses to the above inquiries within **fourteen (14) days**.

3.     The government **SHALL** serve this order and its report in response to this order on defendant.

**IT IS SO ORDERED.**

DATED: July 17, 2020

                                              CHRISTINA A. SNYDER
                                          UNITED STATES DISTRICT JUDGE