NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559
    Facsimile: (213) 894-3713
    E-mail:   kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 04-1189(A)-CAS |
|---|---|
| Plaintiff, | <u>DEFENDANT'S MEDICAL RECORDS</u><br><u>RE: COVID-19 TEST AND INFORMATION</u> |
| v. | |
| GABRIEL GONZALEZ, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Karen I. Meyer,

hereby files defendant's medical records re: COVID-19 test and information.

Dated: July 31, 2020          Respectfully submitted,

                              NICOLA T. HANNA
                              United States Attorney

                              BRANDON D. FOX
                              Assistant United States Attorney
                              Chief, Criminal Division


                                   /s/
                              KAREN I. MEYER
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On July 13, 2020 defendant filed his reply in support of his motion for compassionate release. In that reply, defendant stated that he had contracted COVID-19 in May 2020.

On July 17, 2020, this Court issued an order requiring the government to answer the following questions:

*1. The government **SHALL** inquire with the relevant officials at FCI Forrest-City – the BOP facility where defendant is currently incarcerated – regarding the following:*

*a. Whether defendant has tested positive for COVID-19, and if so, when;*

*b. If defendant has tested positive for COVID-19, whether defendant has manifested any symptoms or suffered any changes in his health;*

*c. If defendant has tested positive for COVID-19, whether defendant has received any treatment, and*

*d. If defendant has tested positive for COVID-19 and has received treatment, what that treatment consists of.*

According to the attached excerpts from his medical records,[1] defendant tested positive for COVID-19 from a sample taken on May 13, 2020, as part of surveillance screening. He presented as asymptomatic, and denied any symptoms. Other than being monitored for symptoms, it does not appear that defendant received treatment.

---

[1] The government received 80 pages of defendant's medical records from BOP for the period January 1, 2020, to July 23, 2020 (when the records were received). Government counsel has reviewed them and identified 10 pages that address defendant's positive COVID-19 status and health condition, which are attached as Exhibit A. Should either the Court or defendant wish to have a copy of the entire set of 80 pages, the government would be happy to provide them.

1  He was cleared on June 11, 2020.  He was tested again on June 23,
2  2020, and tested negative.