United States District Court
Central District of California

United States of America
Plaintiff

v.

Gabriel Gonzalez
Defendant, Pro Se

Case Number
CR-04-1189(A)-CAS

*Filed August 24, 2020 — Central District of California, by CMJ, Deputy*

## Motion to allow filing

Gabriel Gonzalez asks this honorable court to grant him latitude by accepting this recently returned motion and to extend him a brief period in which to correct any omissions or delays in recent filings.

For reasons unknown, Gonzalez has had several recent filings returned to him as undeliverable to this court. Gonzalez has not had this problem before but wishes to resubmit these entries so that the court has a complete record of the facts and arguments presented in this matter. Gonzalez regrets this problem and apologizes for this interruption.

Gonzalez prays this court grant him an opportunity to make his record whole, to serve him with a recent copy of his docket sheet as it pertains to his compassionate release filing(s), and allow him to resend his documents to the court's E. Temple address since it appears all mail sent during July and August 2020 has been delayed, returned, or lost.

### Verification

Gonzalez certifies the foregoing to be true and correct. Executed at Forrest City, Arkansas on this 19th day of August, 2020.

*Gabriel Gonzalez*

### Certificate of Service

I certify this Motion to allow filing was placed in the prison's internal mail system on 8/19/20 for delivery to this court at 255 E. Temple st. room 180 Los Angeles, California 90012. Gonzalez asks all interested parties be served by electronic notification and that he be given a stamped filed copy of this motion and a docket sheet as described above.

*Gabriel Gonzalez*



PO BOX 9000:Low
Federalcorrectonalcomplex
Forrest CITY, AR 72336
United States

U.S. POSTAGE PAID
FCM LG ENV
FORREST CITY, AR
72335
JUL 22, 20
AMOUNT
$0.00
R2305E124716-09
90012






30515-112
Distcourt Clerk
312 N Spring ST
Room G-8
LOS Angeles, CA 90012
United States

NIXIE    910   4E  1        7208/04/20
     RETURN TO SENDER
     ATTEMPTED - NOT KNOWN

PO BOX 9000:Low
Federal correctional complex
Forrest CITY, AR 72336
United States

CAS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 E. TEMPLE STREET Room 180
LOS ANGELES, CALIFORNIA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 2 4 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

FEDERAL CORRECTIONAL INSTITUTION MEDIUM

DATE 8/19/20

"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE  TERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS."