Case 2:04-cr-01189-CAS   Document 221   Filed 08/27/20   Page 1 of 2   Page ID #:1053

FILED
CLERK U.S. DISTRICT COURT
August 27, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CMJ___ DEPUTY

United States District Court
Central District of California

United States of America
Plaintiff

v.

Gabriel Gonzalez
Defendant, Pro Se

Case Number
04-CR-1189-CAS

Motion to seal proceedings

Gabriel Gonzalez asks this honorable court to seal the information tendered in these proceedings. The information contained herein incorporates private medical records and medical information that should not be made publicly available. Also, information related to parties in Gonzalez' family, their private information and work profiles and other particulars which could be used by others for harmful purposes whould be kept from public accessibility.

Gonzalez prays this court seal these records for the above reasons.

Certificate of Service

I certify under the penalty of perjury that the foregoing Motion to seal proceedings was placed in the prison's internal mail system on 7/08/20 for delivery to 312 N. Spring Street Los Angeles California 90012. Gonzalez asks this court's clerk to serve allother interested parties via electronic notification and to provide him with a copy of this stamped filed motion.

Gabriel Gonzalez
Defendant, Pro Se

30515-112
Gabriel Gonzalez
PO BOX 9000:Low
Federalcorrectonalcomplex
Forrest CITY, AR 72336
United States

30515-112
Gabriel Gonzalez
PO BOX 9000:Low
Federalcorrectonalcomplex
Forrest CITY, AR 72336
United States

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 27
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 E. TEMPLE STREET Room 180
LOS ANGELES, CALIFORNIA 90012

90012-339432

MEMPHIS TN 380
05 AUG 2020 PM 2 L

UNITED STATES DISTRICT COURT
312 N. SPRING STREET
LOS ANGELES, CALIFORNIA
90012

CAS

MEMPHIS TN 380
21 AUG 2020 PM 4 L

NIXIE          911     DE 1        0008/15/20
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
               UNABLE TO FORWARD
BC: 72336900000          *0647-04615-05-42
UTF