FILED
CLERK, U.S. DISTRICT COURT
September 9, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ  DEPUTY

United States District Court
Central District of California

United States of America
Plaintiff

Case Number
CR-04-1189(A)-CAS

v.

Gabriel Gonzalez
Defendant, Pro Se

## Motion for Appointment of Counsel

Gabriel Gonzalez asks this honorable court to appoint counsel in this matter pursuant to the Criminal Justice Act of 18 U.S.C. § 3006 A(a)(1) & (c).

Gonzalez has recently experienced a rash of unexplained interference with his legal mail filings to this court. He has had approximately half-a-dozen pleadings and sets of exhibits returned to him which prevented this court from considering its important contents. This obstruction appears to have affected his filings from July and August 2020 and coincide with the timing of this court's order for discovery into Gonzalez' prison medical records.

Gonzalez has shown the falsities, manipulations, and errors in the prison's reporting of his Coronavirus condition which he supports with dated documents showing he has begged for medical treatment for his COVID-19 infection. Instead, the prison has now denied Gonzalez two of his chronic care medications (Omeprazole and Methimazole) seemingly as punishment for his pursuit in litigating this matter while exposing this prison's deficiencies.

Due to the complex nature of this issues Gonzalez presents, the fact that the prison remains on lockdown, and regular access to the prison's law library is curtailed, the inability to send this court his legal filings without impediment and delay, and the newfound attack he endures for challenging the prison's handling of the Coronavirus, warrant this court's intervention by granting him counsel to

fairly present his cause without obstruction or further delay.

Gonzalez prays this court grant his request for appointment of counsel and provides him an opportunity to present the information, facts, and documents he diligently tried to provide this court before these deterrents occured.

## Verification

I have read the foregoing Motion for Appointment of Counsel and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 1st day of September, 2020.

                                                                     Gabriel Gonzalez
                                                                     Defendant, Pro Se

## Certificate of Service

I certify under the penalty of perjury that the foregoing Motion for Appointment of Counsel was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 1st day of September to 255 E. Temple Avenue rm. 180 Los Angeles, California 90012. Gonzalez asks this court's clerk to serve all other interested parties by electronic notification and to provide him with a stamped filed copy of this motion.

                                                                     Gabriel Gonzalez
                                                                     Defendant, Pro Se

Name:        Gonzalez, G                      09-01-2020

Number       #30515-112

Unit:        WD

You have a piece of returned mail in the Central Mail Room that needs more postage. If it requires stamps they will not be accepted <u>unless</u> they can easily be placed on mail.

Postage needed.   7   Stamp   $ 3.35

Please place this page and stamps in attached envelope than drop in mail box. **Stamps will not be accepted <u>unless</u> they can easily be placed on the package.**

lez
Low
onalcomplex
2336

WD

INSTITUTION MEDIUM

THROUGH SPECIAL MAILING
IS LETTER HAS BEEN NEITHER
HAS A QUESTION OR PROBLEM OVER
TEHMI FOR
PLEASE RETURN THE ENCLOSURE TO THE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 E. TEMPLE STREET Room 180
LOS ANGELES, CALIFORNIA 90012



RETURNED FOR 3.35
ADDITIONAL POSTAGE




30515-112
Gabriel Gonzalez
PO BOX 9000:Low
Federalcorrectonalcomplex
Forrest CITY, AR 72336
United States

MEMPHIS P&DC 381
FRI 04 SEP 2020 PM

CAS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 E. TEMPLE STREET Room 180
LOS ANGELES, CALIFORNIA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 9 2020
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY