FILED
CLERK, U.S. DISTRICT COURT

September 11, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ          DEPUTY

United States District Court
Central District of California

United States of America
Plaintiff

v.

Gabriel Gonzalez
Defendant, Pro Se

Case Number
CR-04-1189-CAS

## Motion to Correct Clerical Error

Gabriel Gonzalez asks this honorable court to accept this filing of documents in place of his previously filed set, in order to correct a clerical error.

Gonzalez previously mailed his Reply to Government's Response motion to this court for consideration. That document, however, was not mailed with the necessary supporting exhibits which are referenced in the Reply Motion. This new filing is made to correct that error. Gonzalez prays this court accept this new filing with the exhibits and apologizes for any inconvenience his previous error may have caused.

## Certificate of Service

I certify under the penalty of perjury that the foregoing Reply to government's Response was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 15th day of July, 2020 to this court's clerk at 312 N. Spring Street Los Angeles, California 90012. Gonzalez asks this court's clerk to serve all other interested parties by electronic notification and to serve him with a stamped filed copy of this, and all pleadings, in this matter.

Gabriel Gonzalez
Defendant, Pro Se



30515-112
Gabriel Gonzalez
PO BOX 9000 Low
Federal correctonalcomplex
Forrest CITY, AR 72336
United States

30515-112
Distcourt Clerk
312 N Spring ST
Room G-8
LOS Angeles, CA 90012
United States

-R-T-S-  900125120-1N  08/22/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

**From:**
Gabriel Gonzalez
PO BOX 9000: Low
Federal correctional complex
Forrest CITY, AR 72336
United States

**To:**
United States District Court
Central District of California
Office of the Clerk
255 E. Temple Street, Room 180
Los Angeles, California 90012

CAS

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 11 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES POSTAL SERVICE
PRIORITY MAIL 2-DAY®
US POSTAGE PAID $0.00
Retail
Origin: 72335
09/08/20
0432130735-54
0 Lb 13.90 Oz
1006
C032
EXPECTED DELIVERY DAY: 09/11/20

SHIP TO:
255 E TEMPLE ST
Los Angeles CA 90012-3332

USPS TRACKING® NUMBER
9505 5117 9437 0252 1848 48