UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| Case No. | 2:04-cr-01189-CAS | Date | October 6, 2020 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | Chief of the Criminal Division – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond. | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| GABRIEL GONZALEZ | NOT | X | | | | | |

**Proceedings:** **(IN CHAMBERS)** ORDER TO SHOW CAUSE RE: DEFENDANT'S MOTION FOR EMERGENCY PROTECTIVE ORDER

     The Court is in receipt of defendant Gabriel Gonzalez's August 31, 2020 Motion for Emergency Protective Order, in which defendant asserts that the FCI Forrest City medical staff has informed him that his prescription for omeprazole, an antacid, will no longer be filled and instructed that he should instead purchase antacids from the prison commissary. Dkt. 222. Defendant asserts that the prison began refusing to supply his prescription medication on approximately August 1, 2020, "subsequent to this [C]ourt's ordered inquiry into th[e] prison's treatment and care practices for [defendant]'s COVID-19 infection[.]" Id. Defendant further asserts his belief that the denial of his prescription medication may be "based on his ability to pay" for antacids at the prison commissary and claims that he is unable to "earn enough to pay for the allotment of antacids" through his job at the prison law library due to the COVID-19 lockdown at FCI Forrest City. Id. Defendant requests an order requiring FCI Forrest City to continue providing him with his prescription medication and a declaration that the prison's prescription medication practices violate federal law and federal constitutional standards for prison medical care. Id.

     It appears that defendant believes prison officials intend to deny defendant his prescription medication at least in part because defendant has complained to this Court regarding the care he received after testing positive for COVID-19. Accordingly, the government is hereby **ORDERED TO SHOW CAUSE** as to why FCI Forrest City is not obligated to continue

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

providing defendant with his prescription medication. The government shall file a response no later than **October 20, 2020**.

   IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | CMJ | | |