FILED
CLERK, U.S. DISTRICT COURT
August 22, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CMJ\_\_\_\_ DEPUTY

United States District Court
Central District of California

United States of America
Plaintiff

v.

Case Number
2:04-CR-1189-CAS

Gabriel Gonzalez
Defendant, Pro Se

## Motion for Appointment of Counsel

Gabriel Gonzalez asks thsi Honorable court to find good-cause in the points and facts presented in Gonzalez' motion of 7/25/22 and to grant him appointment of counsel to further litigate this matter in the intersts of justice and judicial economy.

Gonzalez asserts he is uneducated, untrained, and inexperienced in matters involving formal litigation and that he is wholly dependent on others to assist him in litigating matters before the court and is without means to hire a private counsel to do so. The issue he now brings, is of importance and relevance to his case, and is of significance due to it's application, as a matter of law, affecting all persons similarly situated.

For these reasons, Gonzalez asks that this court grant his request for appointment of counsel to appropriately and intelligently plead these matters in furtherance of formal adjudication on the merits of the issue of law presented.

## Certificate of Service

I certify under the penalty of perjury that the foregoing Motion for Appointment of counsel was place in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 17th day of August, 2022. Gonzalez asks this court's clerk to serve all other interested parties via electronic notification and to serve him with a stamped filed copy of this motion.

Gabriel Gonzalez

30515-112
Gabriel Gonzalez
PO BOX 9000-Low
Federalcorrectonalcomplex
Forrest CITY, AR 72336
United States

AUG 22 2022
CENTRAL D.STRCT OF CALIFORNIA
BY                        DEPUTY

MEMPHIS TN 380
18 AUG 2022 PM 1 L

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
255 E. TEMPLE ST, ROOM 180
LOS ANGELES CALIFORNIA 90012

90012-333432





FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 8-18-22
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING