United States District Court
Central district of California

United States of America
Plaintiff

Case Number
2:04-CR-1189-CAS

v.

Gabriel Gonzalez
Defendant, Pro Se



FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2022

CENTRAL DISTRICT OF CALIFORNIA
BY            KMH            DEPUTY

Second Motion
for Appointment of Counsel


Gabriel Gonzalez asks this Honorable court to find good-cause justification
to assign counsel to further represent this matter for formal adjudication.

This motion is made, in part, in response to this court's recent order granting
reconsideration of the issue presented in this matter.  (Doc. 255).  Having established
a briefing schedule, this court has directed the plaintiff to file a brief and
has provided Gonzalez with a deadline to file an optional reply.  Gonzalez wishes
to tender a reply at the appropriate time.

For the reasons previously set forth in Gonzalez' motion for reconsideration
and first motion for appointment of counsel, Gonzalez asks that this matter receive
the benefit of formal advocacy through assigned counsel for-cause.  As previously
demonstrated, Gonzalez' shortcomings in matters of litigation have created an unnecessary
burden upon this court and upon all other interested parties.  for the reasons
set forth in Gonzalez' reconsideration motion, and in the interests of judicial
economy, Gonzalez asks that this court renew its evaluation of his appointment
request and find that proper justification exists to grant assignment of counsel
to this matter for further litigation.

Executed at Forrest City, Arkansas on this 28th day of November, 2022.

Gabriel Gonzalez

Verification

I have read the foregoing Second Motion for appointment of counsel and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 28th day of November, 2022.

Gabriel Gonzalez
Defendant, Pro Se

Certificate of Service

I certify under the penalty of perjury that the foregoing Second Motion for appointment of counsel was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 28th day of November, 2022 to 255 E. Temple St. Room 180 Los Angeles, California 90012.  Gonzalez asks this court's clerk to serve all other interested parties via electronic notification and to serve him with a stamped filed copy of this motion.

Gabriel Gonzalez
Defendant, Pro Se

◇30515-112◇
Gabriel Gonzalez
PO BOX 9000-Low
Federalcorredonalcomplex
Forrest CITY AR 72336
United States



RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 6 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

90012-333432

◇30515-112◇
Us Districtcourt
255 E Temple ST
Room 180
LOS Angeles, CA 90012
United States



MEMPHIS TN 380
30 NOV 2022 PM 3 L

